AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| William L. Franklin | ) | Case No: 3:03CR00211-001 |
| | ) | USM No: 04107-095 |
| Date of Previous Judgment: 6/2/2005 | ) | Jean M. Faria, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  [ ] the defendant  [ ] the Director of the Bureau of Prisons  [x] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED.  [x] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __87__ months **is reduced to** __78 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 25 | | Amended Offense Level: 24 | |
| Criminal History Category: III | | Criminal History Category: III | |
| Previous Guideline Range: 70 to 87 months | | Amended Guideline Range: 63 to 78 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[x]  The reduced sentence is within the amended guideline range.
[ ]  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ]  Other

### III. ADDITIONAL COMMENTS

Instant offense involved the presence of a firearm.

Except as provided above, all provisions of the judgment dated __6/2/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  July 21, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Ralph E. Tyson, Chief Judge
Printed name and title